# NO. 12-18-00355-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *THERESA LYNN GODDARD,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Theresa Lynn Goddard filed this original proceeding to challenge Respondent's order vacating an agreed temporary protective order.[1] On February 6, 2019, this Court conditionally granted Goddard's petition and directed Respondent to vacate his November 8, 2018, order setting aside the agreed temporary protective order.  By an order signed on February 7, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss Goddard's petition for writ of mandamus as ***moot***.

Opinion delivered February 14, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)

---

[1] Respondent is the Honorable Jeff Fletcher, Judge of the 402nd District Court in Wood County, Texas.  The Real Party in Interest is James Albert Goddard.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 14, 2019**

**NO. 12-18-00355-CV**

**THERESA LYNN GODDARD,**
Relator
V.

**HON. JEFF FLETCHER,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Theresa Lynn Goddard; who is the relator in Cause No. 12-18-00355-CV and the applicant in trial court cause number 2016-212, pending on the docket of the 402nd Judicial District Court of Wood County, Texas. Said petition for writ of mandamus having been filed herein on December 21, 2018, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*